IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | ) Case No. 19-12239 (CSS) ) |
| Debtor. | ) ) ) |

**NOTICE OF AGENDA FOR HEARING ON FIRST DAY MOTIONS SCHEDULED FOR OCTOBER 18, 2019, AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, CHIEF BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801[2]**

**This agenda sets forth items in the order they appear in the first day motions binders delivered to the Court.  The status of each is set forth below.**

1. Voluntary Chapter 11 Petitions:

    A. Highland Capital Management, L.P.

2. Declaration of Frank Waterhouse in Support of First Day Motions.
   [Docket No. 9, filed on October 16, 2019]

    **Status**: The Declaration will be relied upon as evidentiary support for the first day matters listed below.

    **First Day Administrative and Procedural Motions**

3. **Claims Agent Application**. Application for an Order Appointing Kurtzman Carson Consultants LLC as Claims and Noticing Agent for the Debtor Pursuant to 28 U.S.C. § 156(C), 11 U.S.C. § 105(A) and Local Rule 2002-1(F).  [Docket No. 7, filed on October 16, 2019]

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

[2] Any party who wishes to attend telephonically is required to make arrangements through CourtCall by telephone (866-582-6878) or by facsimile (866-533-2946).

DOCS_DE:225806.1 36027/001

      **Status**:      This matter is going forward.

4. **Seal Motion**. Motion of Debtor for Entry of Interim and Final Orders Authorizing Debtor to File Under Seal Portions of its Creditor Matrix Containing Employee Address Information. [Docket No. 8, filed on October 16, 2019]

      **Status**:      This matter is going forward with respect to an interim order.

### First Day Motions Pertaining to Operations and Related Issues

5. **Wages Motion**. Motion of Debtor for Entry of Order (I) Authorizing the Debtor to (A) Pay and Honor Prepetition Compensation, Reimbursable Business Expenses, and Employee Benefit Obligations, and (B) Maintain and Continue Certain Compensation and Benefit Programs Postpetition; and (II) Granting Related Relief.
[Docket No. 2, filed on October 16, 2019]

      **Status**:      This matter is going forward.

6. **Cash Management Motion**. Motion of Debtor for Entry of Interim and Final Orders Authorizing (A) Continuance of Existing Cash Management System and Brokerage Relationships, (B) Continued Use of the Prime Account, (C) Limited Waiver of Section 345(b) Deposit and Investment Requirements, and (D) Granting Related Relief.
[Docket No. 5, filed on October 16, 2019]

      **Status**:      This matter is going forward with respect to an interim order.

7. **Critical Vendors Motion**. Motion of Debtor for Entry of Interim and Final Orders (A) Authorizing Debtor to Pay Prepetition Claims of Critical Vendors and (B) Granting Related Relief. [Docket No. 3, filed on October 16, 2019]

      **Status**:      This matter is going forward with respect to an interim order.

### First Day Motion Pertaining to Cash Collateral

8. **Cash Collateral Motion**. Motion of Debtor for Entry of Interim and Final Orders (A) Authorizing the Use of Cash Collateral, (B) Providing Adequate Protection, (C) Authorizing the Liquidation of Securities, (D) Modifying the Automatic Stay, and (E) Scheduling a Final Hearing. [Docket No. 6, filed on October 16, 2019]

      **Status**:      This matter is going forward with respect to an interim order.

Dated: October 17, 2019

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*
Richard M. Pachulski (CA Bar No. 62337)
Jeffrey N. Pomerantz (CA Bar No.143717)
Ira D. Kharasch (CA Bar No. 109084)
Maxim B. Litvak (CA Bar No. 215852)
James E. O'Neill (DE Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile:  (302) 652-4400
E-mail:     rpachulski@pszjlaw.com
            jpomerantz@pszjlaw.com
            ikharasch@pszjlaw.com
            mlitvak@pszjlaw.com
            joneill@pszjlaw.com

Counsel for the Debtors and Debtors-in-Possession