# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-12239 (CSS) |
| Debtor. | |

## NOTICE OF ENTRY OF APPEARANCE
## AND DEMAND FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that, pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code"), and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Gibson, Dunn & Crutcher LLP and Young Conaway Stargatt & Taylor, LLP, hereby enter their appearance as counsel to Alvarez & Marsal CRF Management, LLC, as Investment Manager of the Highland Crusader Funds ("A&M CRF") in the above-captioned case, and request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in this case be given and served upon the undersigned counsel as follows:

| | |
|---|---|
| Marshall R. King, Esq. | Sean M. Beach, Esq. (No. 4070) |
| Michael A. Rosenthal, Esq. | Jaclyn C. Weissgerber, Esq. (No. 6477) |
| Alan Moskowitz, Esq. | YOUNG CONAWAY STARGATT & |
| GIBSON, DUNN & CRUTCHER LLP | TAYLOR, LLP |
| 200 Park Avenue | Rodney Square |
| New York, NY 10066 | 1000 North King Street |
| Telephone: (212) 351-4000 | Wilmington, DE 19801 |
| Email: mking@gibsondunn.com | Telephone: (302) 571-6600 |
| mrosenthal@gibsondunn.com | **CM/ECF Noticing**: bankfilings@ycst.com |
| amoskowitz@gibsondunn.com | Email: sbeach@ycst.com |
| | jweissgerber@ycst.com |

---

[1]   The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

- and –

Matthew G. Bouslog, Esq.
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612
Telephone:  (949) 451-3800
Email:  mbouslog@gibsondunn.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or given with regard to the above-referenced case and the proceedings therein.

PLEASE TAKE FURTHER NOTICE that neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed or construed as (a) a consent by A&M CRF to the jurisdiction of this Court or any other court with respect to proceedings, if any, commenced in any case against or otherwise involving A&M CRF or (b) a waiver of any right of A&M CRF (i) to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) to trial by jury in any proceeding so triable herein or in any case, controversy, or proceeding related hereto; (iii) to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) to other rights, claims, actions, defenses, setoffs, or recoupments to which A&M CRF is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved hereby.  This Notice of Appearance shall not be deemed to constitute consent to electronic

service of any pleading or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure.

| | |
|---|---|
| Date: October 17, 2019<br>Wilmington, Delaware | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br><br>*/s/ Sean M. Beach*<br>Sean M. Beach, Esq. (No. 4070)<br>Jaclyn C. Weissgerber, Esq. (No. 6477)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br><br>-and-<br><br>Marshall R. King, Esq.<br>Michael A. Rosenthal, Esq.<br>Alan Moskowitz, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10066<br>Telephone: (212) 351-4000<br><br>- and –<br><br>Matthew G. Bouslog, Esq.<br>GIBSON, DUNN & CRUTCHER LLP<br>3161 Michelson Drive<br>Irvine, CA 92612<br>Telephone: (949) 451-3800<br><br>*Counsel to A&M CRF, as Investment Manager of the Highland Crusader Funds* |