# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| HIGHLAND CAPITAL MANAGEMENT, L.P., ) | Case No. 19-12239 (CSS) |
| ) | |
| Debtor.[1] ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jenner & Block LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear as counsel for the Redeemer Committee of the Highland Crusader Fund pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and rule 2002-1(d) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in this case be given to and served upon the following:

| **JENNER & BLOCK LLP** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
|---|---|
| Marc B. Hankin | Curtis S. Miller (No. 4583) |
| Richard Levin | Kevin M. Coen (No. 4775) |
| 919 Third Avenue | 1201 North Market Street, Suite 1600 |
| New York, New York 10022-3908 | Wilmington, DE 19801 |
| Telephone: (212) 891-1600 | Telephone: (302) 658-9200 |
| Facsimile: (212) 891-1699 | Facsimile: (302) 658-3989 |
| Email: mhankin@jenner.com | Email: rdehney@mnat.com |
| rlevin@jenner.com | cmiller@mnat.com |

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtor in the above-captioned case (the "Debtor") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtor's estates, or proceeds thereof, in which the Debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtor may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of the Redeemer Committee of the Highland Crusader Fund: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Redeemer Committee of the Highland Crusader Fund is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this

notice is not intended as, and shall not be, the Redeemer Committee of the Highland Crusader Fund's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court, absent consent of the Redeemer Committee of the Highland Crusader Fund, as applicable, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

Dated: October 17, 2019
        Wilmington, Delaware

**MORRIS NICHOLS ARSHT & TUNNELL LLP**

 /s/ Curtis S. Miller
Curtis S. Miller (No. 4583)
Kevin M. Coen (No. 4775)
1201 North Market Street, Suite 1600
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@mnat.com
      cmiller@mnat.com

and

**JENNER & BLOCK LLP**
Marc B. Hankin
Richard Levin
919 Third Avenue
New York, New York 10022-3908
Telephone: (212) 891-1600
Facsimile: (212) 891-1699
Email: mhankin@jenner.com
      rlevin@jenner.com

*Counsel for the Redeemer Committee of the Highland Crusader Fund*