**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CASE NO.   19-12239 |
| HIGHLAND CAPITAL MANAGEMENT, L.P. | § | |
| DEBTORS(S), | § | CHAPTER   11 |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF NOTICES AND PLEADINGS**

PLEASE TAKE NOTICE that the undersigned hereby enters an appearance on behalf of:

| | | |
|---|---|---|
| **COLEMAN COUNTY TAD** | **KAUFMAN COUNTY** | **UPSHUR COUNTY** |
| **FANNIN CAD** | **TARRANT COUNTY** | **GRAYSON COUNTY** |
| **ALLEN ISD** | **DALLAS COUNTY** | **IRVING ISD** |
| **ROCKWALL CAD** | | |

secured creditor(s) in the above-referenced proceedings. The undersigned hereby requests notice and copies of all motions notices, reports, briefs, applications, adversary proceedings, proposed orders, confirmed copies of orders, any proposed disclosure statement or plan of reorganization that has been filed with the court, any other documents or instruments filed in the above-referenced proceedings and any other matter in which notice is required pursuant to 11 U.S.C. Sec. 1109(b) and Bankruptcy Rules 2002(a) and (b), 3017(a), and 9013 of the Federal Rules of Bankruptcy Procedure.

Copies should be mailed to the secured creditor(s) in care of the undersigned at the address set forth below.

**Certificate of Service**

I do hereby certify that on 18th day of October, 2019, a copy of the above and foregoing has been this date served electronically or mailed to the parties listed below:

JAMES E O'NEILL
919 NORTH MARKET STREET 17TH FLOOR
WILMINGTON, DE 19899-8705

US TRUSTEE (DELAWARE)
844 KING STREET, RM 2207
LOCK BOX #35
WILMINGTON, DE 19899-0035

LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Freeway
Suite 1000
DALLAS, TX 75207
Telephone:   (214) 880-0089
Facsimile:   (469) 221-5003
Email:         dallas.bankruptcy@publicans.com

By: /s/ Elizabeth Weller
_____
   Elizabeth Weller
   SBN: 00785514 TX