# SIGN-IN SHEET

**CASE NAME:** Highland Capital Management  
**CASE NO:** (CSS) 19-12239  
**COURTROOM LOCATION:** 6  
**DATE:** 10/18/19 at 10:00 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Marc Hankin | Jenner + Block | Redeemer Committee of Highland Crusader Fund |
| Isaa Kharasch | B&J | Highland Capital |
| Jeffrey Pomerantz | " | " |
| Max Litvak | " | " |
| James O'Neill | " | " |
| Greg Demo | " | " |
| ??? Miller | Morris Nichols | Redeemer Committee |
| John Morris | PSZJ | Highland Capital |
| Jane Leamy | US Trustee | US Trustee |
| Sean Beach | Yost | AIM CRE |
| Jackie Weingarten | " | " |
| Thomas Deeger | | Patrick Daugherty |
| Matthew Vicy | Cross + Simon | " |
| Joe Mintz | Black Rome | Acis Capital Management |
| Kakkee Patell | Winstead | Acis Capital Management |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 10/18/2019
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi

#6

Amended Calendar    Oct 18 2019 5:48AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10130541 | Lee Attanasio | (212) 839-5342 ext. | Sidley Austin LLP | Creditor, Jefferies / LIVE |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10130685 | Matthew G. Bouslog | (949) 451-4030 ext. | Gibson, Dunn & Crutcher LLP | Creditor, Alvarez and Marsal / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10129743 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10128520 | Fred Caruso | (312) 263-4141 ext. | DSI Development Specialists, Inc. | Representing, CRO for Debtor, Highland Capital Management, L.P. / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10130701 | Annmarie Chiarello | (214) 745-5410 ext. | Winstead, P.C. | Creditor, ACIS Capital Management LP & ACIS Capital Management GP, LLC. / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10130007 | Jason DiBattista | (212) 205-8553 ext. | LevFin Insights | Interested Party, LevFin Insights / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10129034 | Kimberly B. Gianis | (203) 862-8250 ext. | Contrarian Capital Management | Interested Party, Contrarian Capital Management / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10128530 | David Greenblatt | (212) 457-3317 ext. Se | David Greenblatt - In Pro Per/Pro Se | Interested Party, David Greenblatt / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10129961 | Taylor B. Harrison | (212) 390-7831 ext. | Debtwire | Interested Party, Debtwire / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10130363 | Kuan Huang | (212) 906-4587 ext. | Latham & Watkins LLP | Creditor, UBS Financial Services / LIVE |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10128923 | Caelum Maloney | (212) 651-7194 ext. | FTI Consulting | Creditor, Unsecured Creditors Committee / LISTEN ONLY |
| | | Highland Capital Management, L.P. | 19-12239 | Hearing | 10129518 | Rebecca T. Matsumura | (512) 457-2024 ext. | King & Spalding LLP | Interested Party, Highland CLO Funding, Ltd. / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10128740 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10129888 | Rahul Muruganandam | (201) 587-7123 ext. | Berkeley Research Group, LLC | Interested Party, Berkeley Research Group / LISTEN ONLY |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10128535 | Holland O'Neil | (214) 999-4961 ext. | Foley Gardere | Creditor, Foley Gardere / LISTEN ONLY |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10130521 | Alex R. Rovira | (212) 839-5989 ext. | Sidley Austin LLP | Creditor, Jefferies / LIVE |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10131102 | Jason B. Sanjana | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10130390 | Howard Seife | (212) 408-5361 ext. | Norton Rose Fulbright US LLP | Interested Party, Norton Rose Fulbright US LLP / LISTEN ONLY |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10128909 | Joshua Tucker | (646) 602-4781 ext. Se | Joshua Tucker - In Pro Per/Pro | Third Party, Joshua Tucker / LISTEN ONLY |
| Highland Capital Management, L.P. | 19-12239 | Hearing | 10129255 | Erica S. Weisgerber | (212) 909-6000 ext. | Debevoise & Plimpton LLP | Creditor, Interested Party / LIVE |