IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
HIGHLAND CAPITAL MANAGEMENT, L.P.,                             :    Case No. 19-12239 (CSS)
                                                               :
                             Debtor.                           :
                                                               :
---------------------------------------------------------------x

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES

*PLEASE TAKE NOTICE* that Winstead PC and Blank Rome LLP hereby enter their appearance, pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*"), on behalf of Acis Capital Management GP LLC and Acis Capital Management, L.P. (collectively, "*Acis*"). The undersigned attorneys hereby request, pursuant to Bankruptcy Rules 2002, 3017, and 9007, and Bankruptcy Code sections 342, 1102(a)(1), and 1109(b), that copies of all notices and pleadings given or filed in the above-captioned case (the "*Case*") and all related proceedings be given and served upon the following persons at the addresses, facsimile numbers, or electronic mail addresses set forth below:

| | |
|---|---|
| Rakhee V. Patel | John E. Lucian |
| Phillip Lamberson | Josef W. Mintz |
| **WINSTEAD PC** | **BLANK ROME LLP** |
| 2728 N. Harwood Street, Suite 500 | 1201 N. Market Street, Suite 800 |
| Dallas, Texas 75201 | Wilmington, Delaware 19801 |
| Telephone: (713) 650-8400 | Telephone: (302) 425-6400 |
| Facsimile: (713) 650-2400 | Facsimile: (302) 425-6464 |
| rpatel@winstead.com | lucian@blankrome.com |
| plamberson@winstead.com | mintz@blankrome.com |

*PLEASE TAKE FURTHER NOTICE* that, pursuant to Fed. R. Bankr. P. 2002, the undersigned counsel hereby request copies of all papers including, without limitation, all motions, notices, applications, orders, reports, legal memoranda, exhibits and all other papers which are

filed with the Court or served upon any party. All copies should be sent to the above-listed counsel by electronic mail and/or by mail to the addresses appearing above.

*PLEASE TAKE FURTHER NOTICE* that this request includes not only the notices and papers referred to in the Bankruptcy Code and Bankruptcy Rules, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request or demand, whether formal or informal, written or oral, or whether made by mail, email, hand delivery, telephone, facsimile, or otherwise which affect or seek to affect in any way the rights or interests of any party in this Case.

*PLEASE TAKE FURTHER NOTICE* that this request pursuant to Fed. R. Bankr. P. 2002 shall not be deemed or construed to be a submission by Acis to the jurisdiction or power of this Court or a waiver of any substantive or procedural rights of Acis, including without limitation, to: (a) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (b) have final orders in non-core matters entered only after *de novo* review by the District Court; (c) a trial by jury in any proceeding so triable in this Case or any case, controversy, or proceeding related to this Case; (d) require that where any adversary proceeding is to be initiated against Acis in this Case or any related case or where any proceeding is to be initiated by complaint against Acis under applicable non-bankruptcy law, service shall be made on Acis, as applicable, in accordance with applicable Federal Rules of Civil Procedure and applicable non-bankruptcy law, and that service upon undersigned counsel is insufficient for such purposes; or (e) any other rights, claims, actions, defenses, setoffs or recoupments to which Acis is or may be entitled in law or at equity, all of which rights, claims, actions, defenses, setoffs or recoupments Acis expressly reserves.

|  |  |
|---|---|
|  | **BLANK ROME LLP** |
| Dated: October 22, 2019<br>Wilmington, Delaware | */s/ Josef W. Mintz*<br>John E. Lucian (*pro hac vice* to be filed)<br>Josef W. Mintz (DE No. 5644)<br>1201 N. Market Street, Suite 800<br>Wilmington, Delaware 19801<br>Telephone:  (302) 425-6400<br>Facsimile:   (302) 425-6464<br>Email:        lucian@blankrome.com<br>                   mintz@blankrome.com |

**WINSTEAD PC**
Rakhee V. Patel (*pro hac vice* to be filed)
Phillip Lamberson (*pro hac vice* to be filed)
2728 N. Harwood Street, Suite 500
Dallas, Texas 75201
Telephone:  (713) 650-8400
Facsimile:   (713) 650-2400
Email:        rpatel@winstead.com
                   plamberson@winstead.com

*Attorneys for Acis Capital Management GP LLC and Acis Capital Management, L.P.*