**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Highland Capital Management, L.P. | : | Case No. 19-12239 (CSS) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

      Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1.     **Redeemer Committee of Highland Crusader Fund**, Attn: Eric Felton, 731 Pleasant Avenue, Glen Ellyn, IL 60137, Phone: 312-953-0664, email: ericfelton@me.com

2.     **Meta-e Discovery**, Attn: Paul McVoy, 93 River St., Milford, CT 06460, Phone: 203-544-8323, email: pmcvoy@metaediscovery.com

3.     **UBS Securities LLC and UBS AG London Branch,** Attn: Elizabeth Kozlowski, 1285 Avenue of the Americas, New York, NY 10019, Phone: 212-713-2000

4.     **Acis Capital Management, L.P. and Acis Capital Management GP, LLP**, Attn: Joshua Terry, 3100 Webb Ave, Suite 203, Dallas, TX 75025, Phone: 214-556-3405, email: josh@shorewoodmgmt.com


                                            ANDREW R. VARA
                                            Acting United States Trustee, Region 3


                                            /s/ *Jane Leamy* for
                                            T. PATRICK TINKER
                                            ASSISTANT UNITED STATES TRUSTEE

DATED: October 29, 2019

Attorney assigned to this Case: Jane Leamy, Esq., Phone: 302-573-6491, Fax: 302-573-6497
Debtors' Counsel: James O'Neill, Esq., Phone: 302-652-4100, Fax: 302-652-4400