**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**
**J. CALEB BOGGS FEDERAL BUILDING**
**844 KING STREET, SUITE 2207, LOCKBOX 35**
**WILMINGTON, DELAWARE 19801**
**PHONE (302) 573-6491 / FAX (302) 573-6497**

ANDREW R. VARA                                    T. PATRICK TINKER
ACTING UNITED STATES TRUSTEE          ASSISTANT U.S. TRUSTEE

---

REQUEST BY THE UNITED STATES TRUSTEE TO THE CLERK OF BANKRUPTCY
COURT TO SCHEDULE A SECTION 341(a) MEETING IN A CHAPTER 11 CASE

---

**ATTENTION: 341(a) NOTICE CLERK - CHAPTER 11**

Pursuant to Section 341(a) of the U.S. Bankruptcy Code, please schedule a meeting of creditors
for the following cases:

**DEBTOR**:              **Highland Capital Management, L.P.**

**CASE NO**:             **19-12239 (CSS)**

**DATE**:                **November 20, 2019**

**TIME**:                **9:30 a.m.**

**LOCATION**:            **J. Caleb Boggs Federal Building**
                        **844 King Street**
                        **3rd Floor, Room 3209**
                        **Wilmington, DE 19801**

By: */s/  Jane Leamy*
Jane Leamy, Trial Attorney

Dated:  October 29, 2019

**PLEASE NOTE THAT THE 341(a) MEETING HAS BEEN SCHEDULED WITHIN THE TIME REQUIRED BY RULE 2003,**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE.  IF YOU ARE UNABLE TO COMPLY WITH THE NOTICE**
**REQUIREMENT OF THIS RULE, PLEASE ADVISE IMMEDIATELY.**

cc:    James E. O'Neill, Esquire (Debtors' counsel)