# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Highland Capital Management, L.P. | ) | Case No. 19-12239 (CSS) |
| | ) | |
| Debtor. | ) | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## DEMAND FOR NOTICES AND PAPERS

Please take notice that the undersigned firm of Sullivan Hazeltine Allinson LLC hereby enters its appearance as counsel for the Hunter Mountain Trust ("Hunter") in the above-captioned case, pursuant to section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code"); and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the bankruptcy Code, that hard copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following addresses, telephone and telecopy numbers:

William A. Hazeltine, Esq.
**SULLIVAN · HAZELTINE · ALLINSON** LLC
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel:  (302) 428-8191
Fax:  (302) 428-8195

Please take further notice that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the bankruptcy rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal,

written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

This Notice of Appearance and Demand for Notices and Papers shall not be deemed or construed to be a waiver of (a) Hunter's rights (i) to have final orders in non-core matters and/or matters entitled to adjudication by a judge authorized under Article III of the U.S. Constitution entered only after *de novo* review by a District Court Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, and (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (b) any other rights, claims, actions, setoffs, or recoupments to which Hunter is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Hunter expressly reserves.

Date:  October 30, 2019
       Wilmington, DE                    **SULLIVAN · HAZELTINE · ALLINSON LLC**

                                         */s/ William A. Hazeltine*
                                         William A. Hazeltine (No. 3294)
                                         901 North Market Street, Suite 1300
                                         Wilmington, DE 19801
                                         Tel: (302) 428-8191
                                         Fax: (302) 428-8195
                                         Email: whazeltine@sha-llc.com

                                         *Attorneys for Hunter Mountain Trust*