# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-12239 (CSS) |
| Debtor. |  |

## NOTICE OF APPEARANCE AND DEMAND FOR NOTICES AND PAPERS FOR OFFICAL COMMITTEE OF UNSECURED CREDITORS

PLEASE TAKE NOTICE that the Official Committee of Unsecured Creditors (the "Committee")in the above captioned bankruptcy case, hereby enters its appearance by and through its proposed counsel, Sidley Austin LLP, pursuant to 11 U.S.C. § 1109(b) and rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and 11 U.S.C. §§ 342 and 1109(b), that all copies of all notices and pleadings given or filed in the above-captioned case be given to and served upon the attorneys listed below at the following addresses, email addresses, and telephone numbers:

Bojan Guzina  
Matthew Clemente  
Alyssa Russell  
SIDLEY AUSTIN LLP  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone:  (312) 853-7000  
Facsimile:  (312) 853-7036  
Email: bguzina@sidley.com  
      mclemente@sidley.com  
      alyssa.russell@sidley.com

Jessica Boelter  
SIDLEY AUSTIN LLP  
787 Seventh Avenue  
New York, New York  10019  
Telephone:  (212) 839-5300  
Facsimile:  (212) 839-5599  
Email: jboelter@sidley.com

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725).  The headquarters and service address for the above captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

Penny P. Reid<br>
Paige Holden Montgomery<br>
SIDLEY AUSTIN LLP<br>
2021 McKinney Avenue Suite 2000<br>
Dallas, Texas 75201<br>
Telephone:  (214) 981-3300<br>
Facsimile:  (214) 981-3400<br>
Email: preid@sidley.com<br>
pmontgomery@sidley.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, or otherwise filed or made with regard to the referenced case and proceedings herein.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any subsequent appearance, pleading, claim, or suit is intended nor shall be deemed to waive the Committee's (i) right to have final orders in non-core matters entered only after de novo review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which it is or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

*[Remainder of Page Intentionally Left Blank]*

-3-

Dated:  October 30, 2019
Chicago, Illinois

*/s/ Bojan Guzina*
Bojan Guzina
Matthew Clemente
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

- and -

Jessica Boelter
SIDLEY AUSTIN LLP
787 Seventh Avenue
New York, New York  10019
Telephone:  (212) 839-5300
Facsimile:  (212) 839-5599

- and -

Penny P. Reid
Paige Holden Montgomery
SIDLEY AUSTIN LLP
2021 McKinney Avenue Suite 2000
Dallas, Texas 75201
Telephone:  (214) 981-3300
Facsimile:  (214) 981-3400

*Proposed Counsel for the Official Committee of Unsecured Creditors*