# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Highland Capital Management, L.P.,[1] | Case No. 19-12239 (CSS) |
| Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Jefferies LLC ("Jefferies") hereby appears in the above-captioned case through its co-counsel, Dentons US LLP and Ashby & Geddes, P.A., and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in this case or any related adversary proceeding and all papers served or required to be served in this case be given and served upon:

| | |
|---|---|
| **DENTONS US LLP**<br>Patrick C. Maxcy, Esq.<br>233 South Wacker Drive<br>Suite 5900<br>Chicago, IL 60606-6361<br>Tel: (312) 876-8000<br>Fax: (312) 876-7934<br>Email: patrick.maxcy@dentons.com | **DENTONS US LLP**<br>Lauren Macksoud, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020-1089<br>Tel: (212) 768-6700<br>Fax: (212) 768-6800<br>Email: lauren.macksoud@dentons.com |
| **ASHBY & GEDDES, P.A.**<br>William P. Bowden, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899-1150<br>Tel: (302) 654-1888<br>Fax: (302) 654-2067<br>Email: wbowden@ashbygeddes.com | |

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

{01503303;v1 }

copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Jefferies intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Jefferies is or may be entitled under agreements in law or in equity.

*[Signature Page to Follow]*

Dated:  November 4, 2019

**ASHBY & GEDDES, P.A.**

*/s/ William P. Bowden*
William P. Bowden, Esq. (#2553)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: wbowden@ashbygeddes.com

-and-

**DENTONS US LLP**
Patrick C. Maxcy, Esq.
233 South Wacker Drive
Suite 5900
Chicago, IL 60606-6361
Tel: (312) 876-8000
Fax: (312) 876-7934
Email: patrick.maxcy@dentons.com

Lauren Macksoud, Esq.
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: lauren.macksoud@dentons.com

*Counsel to Jefferies LLC*