IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| HIGHLAND CAPITAL MANAGEMENT, L.P.,[1] | Case No. 19-12239 (CSS) |
| Debtor. | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that the law firm Young Conaway Stargatt & Taylor, LLP on behalf of itself and all attorneys therein, hereby withdraws its appearance as Delaware counsel to Alvarez & Marsal CRF Management, LLC, as Investment Manager of the Highland Crusader Funds ("A&M CRF") in the above-captioned case.

**PLEASE TAKE FURTHER NOTICE** that the law firm Potter Anderson & Corroon LLP is hereby substituted as Delaware counsel to A&M CRF in the above-captioned case, and such counsel hereby requests that copies of all notices, pleadings and orders given or filed in these cases be given and served upon the following attorneys:

---

[1] The Debtor's last four digits of its taxpayer identification number are (6725). The headquarters and service address for the above-captioned Debtor is 300 Crescent Court, Suite 700, Dallas, TX 75201.

IMPAC 6471557v.1

| | |
|---|---|
| Jeremy W. Ryan, Esq.<br>R. Stephen McNeill, Esq.<br>D. Ryan Slaugh, Esq.<br>**POTTER ANDERSON & CORROON LLP**<br>1313 North Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: jryan@potteranderson.com<br>        rmcneill@potteranderson.com<br>        rslaugh@potteranderson.com | Michael A. Rosenthal, Esq.<br>Marshall R. King, Esq.<br>Alan Moskowitz, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>200 Park Avenue<br>New York, New York 10066<br>Telephone: (212) 351-4000<br>Facsimile: (212) 351-4035<br>Email: mrosenthal@gibsondunn.com<br>        mking@gibsondunn.com<br>        amoskowitz@gibsondunn.com<br><br>-and-<br><br>Matthew G. Bouslog, Esq.<br>**GIBSON, DUNN & CRUTCHER LLP**<br>3161 Michelson Drive<br>Irvine, California 92612<br>Telephone: (949) 451-3800<br>Facsimile: (949) 451-4220<br>Email: mbouslog@gibsondunn.com |

**PLEASE TAKE FURTHER NOTICE** that the law firm Gibson, Dunn & Crutcher LLP will continue in its role as lead counsel to A&M CRF.

IMPAC 6471557v.1

Agreed to By:

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **POTTER ANDERSON & CORROON LLP** |
| */s/ Sean M. Beach* | */s/ Jeremy W. Ryan* |
| Sean M. Beach (DE Bar No. 4070) | Jeremy W. Ryan (DE Bar o. 4057) |
| Jaclyn C. Weissgerber (DE Bar No. 6477) | R. Stephen McNeill (DE Bar No. 5210) |
| Rodney Square | D. Ryan Slaugh (DE Bar No. 6325) |
| 1000 North King Street | 1313 North Market Street, 6th Floor |
| Wilmington, Delaware  19801 | Wilmington, Delaware  19801 |
| Telephone:  (302) 571-6600 | Telephone:  (302) 984-6000 |
| Email:  sbeach@ycst.com | Facsimile:  (302) 658-1192 |
|            jweissgerber@ycst.com | Email:  jryan@potteranderson.com |
| |            rmcneill@potteranderson.com |
| |            rslaugh@potteranderson.com |
| | |
| | -and- |
| | |
| | Michael A. Rosenthal, Esq. |
| | Marshall R. King, Esq. |
| | Alan Moskowitz, Esq. |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 200 Park Avenue |
| | New York, New York  10066 |
| | Telephone:  (212) 351-4000 |
| | Facsimile:  (212) 351-4035 |
| | Email:  mrosenthal@gibsondunn.com |
| |            mking@gibsondunn.com |
| |            amoskowitz@gibsondunn.com |
| | |
| | -and- |
| | |
| | Matthew G. Bouslog, Esq. |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 3161 Michelson Drive |
| | Irvine, California  92612 |
| | Telephone:  (949) 451-3800 |
| | Facsimile:  (949) 451-4220 |
| | Email:  mbouslog@gibsondunn.com |
| Date: November 11, 2019 | |