## Exhibit C

**Partial Final Arbitration Award**

**FILED UNDER SEAL**