## Exhibit D

**Final Arbitration Award (Redeemer Committee)**

**FILED UNDER SEAL**