IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Highland Capital Management, L.P. | : | Case No. 19-12239 (CSS) |
| | : | |
| Debtor. | : | |

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that on November 12, 2019, the United States Trustee's Objection to the Motion of Debtor Pursuant to 11 U.S.C. §§ 105(a) and 363(b) to Provide a Chief Restructuring Officer, Additional Personnel and Financial Advisory and Restructuring Related Services, *Nunc Pro Tunc* as of the Petition Date was caused to be served via electronic mail, except as otherwise specified, to the following persons:

| | |
|---|---|
| Jeffrey N. Pomerantz<br>Ira D. Kharasch<br>Maxim B. Litvak<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>jo'neill@pszjlaw.com<br>jpomerantz@ pszjlaw.com<br>ikharasch@ pszjlaw.com<br>mlitvak@ pszjlaw.com<br>gdemo@ pszjlaw.com | SIDLEY AUSTIN LLP<br>Bojan Guzina<br>Matthew Clemente<br>Alyssa Russell<br>One South Dearborn Street<br>Chicago, IL 60603<br>bguzina@sidley.com<br>mclemente@sidley.com<br>Alyssa.russell@sidley.com<br><br>- and –<br>Jessica Boelter, Esq.<br>787 Seventh Avenue<br>New York, NY 10019<br>jboelter@sidley.com<br><br>- and –<br>Penny P. Reid<br>Paige Holden Montgomery<br>2021 McKinney Avenue, Suite 2000<br>Dallas, TX 74201<br>Pried@sidley.com<br>pmontgomery@sidley.com |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Michael R. Nestor<br>Edmon L. Morton<br>Sean M. Beach<br>Jaclyn C. Weissgerber<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>mnestor@ycst.com<br>emorton@ycst.com<br>sbeach@ycst.com<br>jweissgerber@ycst.com | |

/s/  Jane Leamy
_____
         Trial Attorney