# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE
824 Market Street
Wilmington, DE 19801
(302) 252-2900

Date: 12/4/19

To: United States Bankruptcy Court For The Northern District of Texas

Re:   Case Name:  Highland Capital Management, L.P.
      Case #:     19-12239

The above-referenced case(s) has been transferred. Attached to this email is the order transferring venue of this case to USBC, TXNB, along with all required documents. Documents were electronically filed and can be viewed at www.deb.uscourts.gov.

Kindly acknowledge receipt of this document.

Sincerely,

By: Donna Capell
    Deputy Clerk

Una O'Boyle, Clerk

---

I, Marcey Okajor, hereby acknowledge receipt of the above Record on Transferring of case this 4th day of December, 2019

Marcey Okajor
Deputy Clerk

Marcey Okajor
Superviser
Workleader

Case is 19-34054 in Dallas Division